UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

ABDIEL F. AVILA,                      1:18-cv-9422 (NLH)

                Petitioner,           **MEMORANDUM OPINION & ORDER**

     v.

ADMINISTRATOR STEVE JOHNSON,

                Respondent.

**APPEARANCES**:

Abdiel F. Avila
788891C
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

     Petitioner pro se

**HILLMAN, District Judge**

     WHEREAS, on April 6, 2020, the Court administratively terminated Petitioner Abdiel F. Avila's petition for writ of habeas corpus under 28 U.S.C. § 2254 because it did not comply with the Rules Governing Habeas Proceedings, see ECF No. 7; and

     WHEREAS, Petitioner now asks the Court for an extension of time to resubmit his arguments to the Court, see ECF No. 8; and

     THEREFORE, IT IS on this   20th    day of April, 2020

     ORDERED that Petitioner motion for an extension of time, ECF No. 8, is granted.  Petitioner must submit his documents by

July 6, 2020; and it is finally

    ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |