```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ABDIEL F. AVILA, | 1:18-cv-9422 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| ADMINISTRATOR STEVE JOHNSON, | |
| Respondent. | |

**APPEARANCES**:

Abdiel F. Avila
788891C
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

    *Petitioner Pro se*

Grace C. MacAulay, Camden County Prosecutor
Jason Magid, Assistant Prosecutor
Office of the County Prosecutor
200 Federal Street
Camden, NJ 08103

    *Attorneys for Respondent*

**HILLMAN**, District Judge

    WHEREAS, on March 20, 2023, the Court ordered Respondent to file redacted copies of documents that it had requested to remain under seal, ECF No. 88; and

    WHEREAS, Respondent filed redacted versions on June 28, 2023 that did not include all pages and exhibits that were filed

under seal. For example, the motion to dismiss (ECF No. 23) has 312 pages and 26 exhibits, but the redacted version (ECF No. 106) only has 197 pages and 7 exhibits; and

WHEREAS, Respondent never filed its appendix on the docket, see ECF No. 56-1,

THEREFORE, IT IS on this  16th   day of  August , 2023

ORDERED that Respondent shall file complete redacted versions of all documents presently filed under seal and its appendix within 21 days of this Order; and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.