```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                            :
ABDIEL F. AVILA,            :
                            :
          Petitioner,       :   Civ. No. 18-9422 (NLH)
                            :
     v.                     :   MEMORANDUM OPINION & ORDER
                            :
                            :
THE ATTORNEY GENERAL OF     :
THE STATE OF NEW JERSEY,    :
et al.,                     :
                            :
          Respondents.      :
_____:
```

APPEARANCE:

Abdiel F. Avila
788891C
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

    *Petitioner Pro se*

Grace C. MacAulay, Camden County Prosecutor
Jason Magid, Assistant Prosecutor
Office of the County Prosecutor
200 Federal Street
Camden, NJ 08103

    *Attorneys for Respondent*

<u>HILLMAN</u>, District Judge

    Petitioner is proceeding pro se with an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Presently before the Court is Petitioner's motion for the "Scheduling of Several Pending Documents to Resolve Case

Management and for Expedited Disposition of the Action." ECF No. 86.

The Court has already ruled on the motions that Petitioner sought to have scheduled. See, e.g., ECF Nos. 90, 91, and 99. The Court is in the process of reviewing the § 2254 petition, as well as the motions for reconsideration Petitioner filed in response to the Court's orders. See ECF Nos. 93 and 107. The Court's opinion and order will be issued in due course.

THEREFORE, IT IS on this  21st  day of  September, 2023

ORDERED that Petitioner's motion for the Scheduling of Several Pending Documents to Resolve Case Management and for Expedited Disposition of the Action, ECF No. 86, shall be, and the same hereby is, DENIED; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


At Camden, New Jersey

 s/ Noel L. Hillman  
NOEL L. HILLMAN, U.S.D.J.